**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    11

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Laurel Creek, LP, a California limited partnership |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-4999288 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 505 Bath Street<br>Santa Barbara, CA 93101<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Santa Barbara<br>County | **Location of principal assets, if different from principal place of business**<br>1150 Laurel Lane San Luis Obispo, CA 93401<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☒ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Laurel Creek, LP, a California limited partnership | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. Check *all* that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | Laurel Creek, LP | Relationship | Affiliate |
|---|---|---|---|---|
| | District | Central District of California | When | 7/24/25 | Case number, if known | |

| Debtor | Laurel Creek, LP, a California limited partnership | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    - ☐ It needs to be physically secured or protected from the weather.

    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**

    - ☐ No
    - ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☒ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☒ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☒ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Laurel Creek, LP, a California limited partnership | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 24, 2025___
MM / DD / YYYY

X _____        Patrick Smith
Signature of authorized representative of debtor        Printed name

Title   Manager of 1160 Laurel Lane, LLC,
General Partner

**18. Signature of attorney**

X   /s/ Jeffrey I. Golden
Signature of attorney for debtor        Date ___July 24, 2025___
MM / DD / YYYY

Jeffrey I. Golden   State Bar No. 133040
Printed name

Golden Goodrich LLP
Firm name

3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Number, Street, City, State & ZIP Code

Contact phone   (714) 966-1000        Email address   jgolden@go2.law

CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Laurel Creek, LP, a California limited partnership

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 24, 2025    X _____
                                Signature of individual signing on behalf of debtor

                                Patrick Smith
                                Printed name

                                Manager of 1160 Laurel Lane, LLC, General Partner
                                Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Laurel Creek, LP, a California limited partnership</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alpha Fire Unlimited Attn: Manager 650 Sweeney Lane San Luis Obispo, CA 93401 | | | | $211,414.39 | $0.00 | $211,414.39 |
| Bow Tie Holdings, LLC Attn:   Manager 1150 Laurel Lane, Suite 180 San Luis Obispo, CA 93401 | | | | | | $434,356.97 |
| California Electric Supply Attn:   Manager 715 S. Blosser Road Santa Maria, CA 93458 | 1150 Laurel LaneSan Luis Obispo, CA 93401APN: 004-962-043 | | | $459,959.00 | $50,900,000.00 | $459,959.00 |
| County of San Luis Obispo Tax Collector Attn: Officer 1055 Monterey Street San Luis Obispo, CA 93408 | 1150 Laurel LaneSan Luis Obispo, CA 93401APN: 004-962-043 | | | $718,215.00 | $50,900,000.00 | $718,215.00 |
| Cresta   Investors, LLC Attn:   Manager 505 Bath Street Santa Barbara, CA 93101 | | | | | | $513,783.10 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    Laurel Creek, LP, a California limited partnership _____    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Culbert Construction & Plumbing, Inc. Attn:  Manager 3055 McMillan Ave, Suite A<br><br>San Luis Obispo, CA 93401 | | | | $213,596.38 | $0.00 | $213,596.38 |
| Empire Electrical Solutions, Inc. Attn:  Manager 1150 Laurel Lane, Suite # 130 San Luis Obispo, CA 93401 | 1150 Laurel LaneSan Luis Obispo, CA 93401APN: 004-962-043 | | Disputed | $344,073.57 | $50,900,000.00 | $344,073.57 |
| Famcom Pipe & Supply, Inc. Attn:  Officer 200 Lambert Street Oxnard, CA 93036 | | | | $590,463.00 | $0.00 | $590,463.00 |
| Floor Connection, Inc. Attn:  Officer 141 Brisco Road Arroyo Grande, CA 93420 | 1150 Laurel LaneSan Luis Obispo, CA 93401APN: 004-962-043 | | | $253,988.85 | $50,900,000.00 | $253,988.85 |
| Gonzalez Lath & Plaster, Inc. Attn: Manager 1861 Flora Way Santa Maria, CA 93458 | | | | | | $292,205.86 |
| Homer T. Hayward Lumber Company Attn:  Officer PO Box 16009 Monterey, CA 93942 | 1150 Laurel LaneSan Luis Obispo, CA 93401APN: 004-962-043 | | | $252,103.00 | $50,900,000.00 | $252,103.00 |
| Mahogony Construction Attn:  Manager 1089 Fara Court Templeton, CA 93465 | 1150 Laurel LaneSan Luis Obispo, CA 93401APN: 004-962-043 | | | | | $652,100.00 |
| Mid Coast Mechanical Attn: Manager 835 Capitolio Way, #5 San Luis Obispo, CA 93401 | | | | | | $261,214.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   Laurel Creek, LP, a California limited partnership

Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| New Life Bath & Kitchen Restoration and Painting Attn: Manager 2225 Skyway Dr Santa Maria, CA 93455 | | 1150 Laurel LaneSan Luis Obispo, CA 93401APN: 004-962-043 | | $479,951.79 | $50,900,000.00 | $479,951.79 |
| Pat Smith Reimbursement Attn: Manager 505 Bath Street Santa Barbara, CA 93101 | | | | | | $430,386.33 |
| Petro Pace Finance Attn: Manager 300 Colorado Street Suite 2000 Austin, TX 78701 | | 1150 Laurel LaneSan Luis Obispo, CA 93401APN: 004-962-043 | | $9,303,505.00 | $50,900,000.00 | $9,303,505.00 |
| US Air Conditioning Distributors Attn: Officer 16900 Chesnut Street Rowland Heights, CA 91748 | | Trade debt | | | | $479,951.00 |
| Wicks Roofing, Inc. Attn: Manager 2170 Hutton Road, Bldg A Nipomo, CA 93444 | | | | | | $241,976.44 |
| Winkles Enterprise Attn: Manager 2225 Skyway Dreive Santa Maria, CA 93455 | | | | $479,951.79 | $0.00 | $479,951.79 |
| Winkles Enterprise Attn: Officer 2225 Skyway Drive Santa Maria, CA 93455 | | Trade debt | | | | $479,951.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

```
3 Ball Academy
Attn:  Officer
1150 Laurel Lane Suite 180
San Luis Obispo, CA 93401


3Ball Academy
Attn:  Manager
1150 Laurel Lane, Suite 180
San Luis Obispo, CA 93401


45dB Acoustics, LCC
Attn:  Manager
PO Box 1717
Buellton, CA 93427


Above Grade Automation, Inc.
Attn:  Manager
245 Higuera Street
San Luis Obispo, CA 93401


Above Grade Engineering
Attn:  Manager
245 Higuera Street
San Luis Obispo, CA 93401


All Wall Systems, Inc.
Attn:  Manager
811 Spring Street, No. 126
Paso Robles, CA 93446


All Ways Clean
Attn:  Manager
PO Box 462
Morro Bay, CA 93443


Alpha Fire Alarm
Attn:  Manager
350 Sweeney Lane
San Luis Obispo, CA 93401
```

Alpha Fire Unlimited
Attn: Manager
650 Sweeney Lane
San Luis Obispo, CA 93401


Amavisca Construction
Attn:  Manager
PO Box 555
Santa Maria, CA 93456


American Riviera Bank
Attn:  Manager
1033 Anacapa Street
Santa Barbara, CA 93101


Arnold Builders
Attn:  Manager
PO Box 7154
Los Osos, CA 93402


Arris Studio Architects
Attn:  Manager
1319 Marsh Street Suite 200
San Luis Obispo, CA 93401


Ashley & Vance Engineering, Inc.
Attn:  Manager
1229 Carmel Street
San Luis Obispo, CA 93401


Astound Digital West Networks
Attn:  Manager
PO Box 31001-2714
Pasadena, CA 91110-2714


B&B Construction Clean Up, Inc.
Attn:  Manager
2290 Hutton Rd
Nipomo, CA 93444

Bang the Drum, Inc.
Attn:  Officer
1150 Laurel Lane Suite 130
San Luis Obispo, CA 93401


Bang The Drum, Inc.
Attn:  Manager
1150 Laurel Lane, Suite 130
San Luis Obispo, CA 93401


Barrier Energy
Attn:  Manager
928 Carpinteria St., Suite 3
Santa Barbara, CA 93103


Bay City, Inc.
Attn:  Manager
PO Box 627
Murphys, CA 95247


Blue Steel Concrete
Attn:  Manager
1120 East North Ave
Lompoc, CA 93436


Bow Tie Holdings, LLC
Attn:  Manager
1150 Laurel Lane, Suite 180
San Luis Obispo, CA 93401


Builders Services Group, Inc.
Attn:  Officer
Truteam of California 2393 A Street
Santa Maria, CA 93455


Bunyan Brothers Tree Care
Attn:  Manager
5345 Davenport Creek Road
San Luis Obispo, CA 93401

C Fry Engineering & Surveying, Inc.
Attn:  Manager
PO Box 444
Cayucos, CA 93430


California Electric Supply
Attn:  Manager
715 S. Blosser Road
Santa Maria, CA 93458


Central Coast Energy Compliance
Attn:  Manager
1675 Granache Way
Templeton, CA 93465


Chuck Braff
1115 Farmhouse Lane
San Luis Obispo, CA 93401


Church Nolan
Attn:  Officer
200 South Dolliver Street, No. 1
Pismo Beach, CA 93449


City of San Luis Obispo (utilities)
Attn: Manager
PO Box 102052
Pasadena, CA 91189-2052


City of San Luis Obispo-License Renewal
Attn: Manager
990 Palm St
San Luis Obispo, CA 93401-3249


Coast Engineering & Survey, Inc.
Attn:  Manager
PO Box 13127
San Luis Obispo, CA 93406

Coastal Copy
Attn: Manager
849 Ward Drive
Santa Barbara, CA 93111


Colortrends Painting and Decorating
Attn: Manager
200 S. Dolliver #1
Pismo Beach, CA 93449


Columbia Pacific Advisors
Attn:  Rob Shields
1910 Fairview Avenue E  Suite 200
Seattle, WA 98108


County of San Luis Obispo Tax Collector
Attn: Officer
1055 Monterey Street
San Luis Obispo, CA 93408


Coverall
Attn:  Manager
2955 Momentum Place
Chicago, IL 60689


CPIF California, LLC
Attn:  Manager
1910 Fairview Ave. E Suite 200
Seattle, WA 98102


Cresta Investors, LLC
Attn:  Manager
505 Bath Street
Santa Barbara, CA 93101


Crisp Imaging
Attn:  Manager
3180 Pullman Street
Costa Mesa, CA 92626

CT Graphic Arts, Inc.
Attn:  Manager
4349 Old Santa Fe Road
San Luis Obispo, CA 93401


Culbert Construction & Plumbing, Inc.
Attn:  Manager
3055 McMillan Ave, Suite A
San Luis Obispo, CA 93401


DGS Westside II, Inc.
Attn:  Officer
2905 Industrial Parkway
Santa Maria, CA 93455


Dickinson Wright PLLC
Attn:  Manager
2600 W. Big Beaver Suite 300
Troy, MI 48084


Divine Plant Design
Attn: Manager
9965 El Camino Real, Ste G
Atascadero, CA 93422


Earth Systems Pacific
Attn:  Manager
PO Box 3757
San Luis Obispo, CA 93403


Empire Electrical Solutions
Attn:  Officer
3904 Broad Street
San Luis Obispo, CA 93401


Empire Electrical Solutions, Inc.
Attn:  Manager
1150 Laurel Lane, Suite # 130
San Luis Obispo, CA 93401

Ernest Packaging Corporation
Attn:  Officer
1150 Laurel Lane Suite 184
San Luis Obispo, CA 93401


Famcom Pipe & Supply, Inc.
Attn:  Officer
200 Lambert Street
Oxnard, CA 93036


Fence Factory Atascadero
Attn: Manager
2650 El Camino Real
Atascadero, CA 93422


Fidelity National Title Company
Attn:  Trustee
5170 Golden Foothill Parkway, Suite 120
El Dorado Hills, CA 95762


Floor Connection, Inc.
Attn:  Officer
141 Brisco Road
Arroyo Grande, CA 93420


Foley, Bezek, Behle & Curtis, LLP
Attn:  Manager
15 W. Carillo Street
Santa Barbara, CA 93101


Fresno Shower Door
Attn: Manager
PO Box 13203
Santa Barbara, CA 93101


Fuzion Energy
Attn: Manager
4003 Terracotta Ct.
Bakersfield, CA 93314

GH Slack & Son
Attn: Manager
2741 Landco Dr
Bakersfield, CA 93308


GK Building and Design, Inc.
Attn: Manager
796 Old Country Road
Templeton, CA 93465


GM Financial
Attn: Manager
P.O. Box 78143
Phoenix, AZ 85062-8143


GOAT Construction
Attn: Manager
210 W Hemlock Way
Santa Maria, CA 93455


Gonzalez Lath & Plaster, Inc.
Attn: Manager
1861 Flora Way
Santa Maria, CA 93458


Goose Mechanical Systems, Inc.
Attn: Manager
2626 Bridle Trail Lane
Paso Robles, CA 93446


GW Surfaces
Attn:  Manager
2432 Palma Drive
Ventura, CA 93003


Hayward Lumber
Attn: Manager
800 West Betteravia Road
Santa Maria, CA 93455

HercRentals
Attn: Manager
PO Box 936257
Atlanta, GA 31193


Homer T. Hayward Lumber Company
Attn:  Officer
PO Box 16009
Monterey, CA 93942


Imperial Custom Painting Co. LLC
Attn: Manager
593 4th Street
Grover Beach, CA 93433


investment Specialists Okemos Pointe II
Attn:  Manager
505 Bath Street
Santa Barbara, CA 93101


Jim Burrows Landscape Architecture
Attn:  Manager
407-C Traffic Way
Arroyo Grande, CA 93420


Kevin Merk Associates, LLC
Attn: Manager
PO Box 318
San Luis Obispo, CA 93406


Keylock Security Specialist, Inc.
Attn: Manager
825 West Grand Avenue
Grover Beach, CA 93433


Kirk Construction
Attn:  Manager
8740 Pueblo Ave., Units A & C
Atascadero, CA 93422-4604

Kiva SLO, LP
Attn: Manager
505 Bath Street
Santa Barbara, CA 93101


Klein Electric
Attn: Manager
1181 Shelburn Lane
Ventura, CA 93001


KMA Masonry, Inc.
Attn: Manager
PO Box 5263
Paso Robles, CA 93447


Kovesdi Consulting
Attn:  Manager
3940-7 Broad Street, #139
San Luis Obispo, CA 93401


Laurel Creek, LLC
Attn: Manager
505 Bath Street
Santa Barbara, CA 93101


Laurel Creek, LP
Attn: Manager
1150 Laurel Lane
San Luis Obispo, CA 93401


LC Lenders, LLC
Attn:  Manager
505 Bath Street
Santa Barbara, CA 93101


LW Construction
Attn: Manager
3420 Orcutt Rd, Ste 201
Santa Maria, CA 93455

Madre Interior Design, LLC
Attn: Manager
243 Chorro St.
San Luis Obispo, CA 93405


Mahogony Construction
Attn:  Manager
1089 Fara Court
Templeton, CA 93465


McGarrigle, Kenney & Zampiello
Attn:  Manager
9600 Topanga Canyon Blvd. Suite 200
Chatsworth, CA 91311


McKenzie Productions
Attn: Manager
6941 Sycamore RD, Ste B
Atascadero, CA 93422


MEC Inc.
Attn: Manager
4919 Contractor Rd PO Box 278
Edwards AFB, CA 93523


Mid Coast Mechanical
Attn: Manager
835 Capitolio Way, #5
San Luis Obispo, CA 93401


New Life Bath & Kitchen Restoration and
Attn: Manager
Painting 2225 Skyway Dr
Santa Maria, CA 93455


Orkin
Attn: Manager
2320 Thompson Way, Suite G
Santa Maria, CA 93455

Pacific Overheard Door Service
Attn: Manager
PO Box 5212
Santa Maria, CA 93456


Padre Associates, Inc.
Attn:  Manager
369 Pacific Street
San Luis Obispo, CA 93401


Pat Smith Reimbursement
Attn: Manager
505 Bath Street
Santa Barbara, CA 93101


Petro Pace Finance
Attn:  Manager
300 Colorado Street Suite 2000
Austin, TX 78701


PG&E
Attn: Manager
Box 997300
Sacramento, CA 95899-7300


PGS Westside II, Inc.
Attn:  Officer
2905 Industrial Parkway
Santa Maria, CA 93455


Price, Postel, & Parma, LLP
Attn: Manager
PO Box 99
Santa Barbara, CA 93102-0099


ProCore Technologies
Attn: Manager
Dept CH 10757
Palatine, IL 60055-0757

PTrutner Fire Protection Engineering
Attn:  Manager
2470 Steams St #280
Simi Valley, CA 93063


Rice Heating & Air Conditioning, Inc.
Attn: Manager
202 Tank Farm Rd, Unit G-1
San Luis Obispo, CA 93401


San Luis Garbage Co.
Attn: Manager
4388 Old Santa Fe Road
San Luis Obispo, CA 93401-8160


SCCI-Safety Compliance Company
Attn: Manager
PO Box 9760
Moreno Valley, CA 92552-9760


Schindler Elevator Corporation
Attn:  Manager
PO Box 70433
Chicago, IL 60673-3050


Scott R. Baker, Esq.
110. S. Mary Avenue, Suite 2-252
Nipomo, CA 93444


SERVEPRO of San Luis Obispo & Atascadero
Attn: Manager
PO Box 1794
San Luis Obispo, CA 93406


Shafer Partners
Attn: Manager
125 Maiden Lane, Suite 16A
New York, NY 10038

Shafer Partners, LLP
Attn: Manager
125 Maiden Lane, Suite 16A
New York, NY 10038


Shasta Development Co., LLC
Attn: Manager
1430 Barry Rd
Williamston, MI 48895


Sherwin Williams Company
Attn:  Officer
1851 East First Street Suite 700
Santa Ana, CA 92705


Simons Window Systems, Inc.
Attn: Manager
14870 El Camino Real
Atascadero, CA 93422


Sio City Church
Attn:  Manager
1150 Laurel Lane Suite 180
San Luis Obispo, CA 93401


SLO City Church
1150 Laurel Lane
Suite 180
San Luis Obispo, CA 93401


Sloan C. Bailey, Esq.
Bailey Law Partners LLP
1010 B Street, Suite 320
San Rafael, CA 94901


Small Business Administration
Attn:  Officer
PO Box 3918
Portland, OR 97208

```
Smith & Co
Attn: Manager
505 Bath St
Santa Barbara, CA 93101


Smith and Company A Real
Attn:  Officer
Estate Investment Dev. Corp.
505 Bath Street
Santa Barbara, CA 93101


Snyder & Sons Landscapes
Attn: Manager
P.O. Box 6551
Los Osos, CA 93412


SoCal Gas
Attn: Manager
PO Box C
Monterey Park, CA 91756-5111


State of California - Cal Fire
Attn: Officer
707 Third Street Suite 5-305
West Sacramento, CA 95605


StoryLabs CoWorkCo, LLC
Attn:  Manager
PO Box 3317
San Luis Obispo, CA 93403


Stuart Interiors
Attn: Manager
86 Gibson Rd, Ste 9
Templeton, CA 93465


TruTeam of California
Attn: Manager
PO Box 534451
Atlanta, GA 30353-4451
```

U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


United Rentals North America
Attn:  Officer
10330 David Taylor Drive
Charlotte, NC 28262


United Rentals-SLO#560
Attn:  Manager
1935 Preisker Lane
Santa Maria, CA 93454-1142


US Air Conditioning Distributors
Attn:  Officer
16900 Chesnut Street
Rowland Heights, CA 91748


Valley Glass & Mirror
Attn: Manager
2379 Thompson Way
Santa Maria, CA 93455


Wallace & Smith Contractors
Attn: Manager
3325 Landco Dr
Bakersfield, CA 93308


Warehouse Discount Center
Attn: Manager
14349 White Sage Rd
Moorpark, CA 93021


Wells Fargo Vendor Financial Svcs, LLC
Attn: Manager
PO Box 30310
Los Angeles, CA 90030-0310

Westpac Campus Communities
Attn: Manager
505 Bath Street
Santa Barbara, CA 93101


Wicks Roofing, Inc.
Attn:  Manager
2170 Hutton Road, Bldg A
Nipomo, CA 93444


Winkles Enterprise
Attn:  Officer
2225 Skyway Drive
Santa Maria, CA 93455


Winkles Enterprise
Attn:  Manager
2225 Skyway Dreive
Santa Maria, CA 93455


Woodward Acoustics, Inc.
Attn: Manager
PO Box 2918
Atascadero, CA 93423