ALLISON E. BURNS, State Bar No. 198231
*aburns@stradlinglaw.com*
JOSEPH M. ADAMS, State Bar No. 245156
*jadams@stradlinglaw.com*
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:    (949) 725-4000
Facsimile:    (949) 725-4100

Attorneys for Creditor,
CALIFORNIA STATEWIDE COMMUNITIES
DEVELOPMENT AUTHORITY

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>LAUREL CREEK, LP,<br>a California Limited Partnership,<br><br>Debtor. | Case No.: 9:25-bk-10985-RC<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that, under rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Stradling Yocca Carlson & Rauth LLP (the "Applicant") hereby gives notice of its appearance in this bankruptcy case on behalf of California Statewide Communities Development Authority ("CSCDA").

Under rules 2002, 3017, 4001, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, Applicant hereby requests notice of all events relevant to the above-referenced bankruptcy case and copies of all pleadings and documents filed in the above-referenced bankruptcy case, including, without limitation, all notices and papers referred to in those rules; copies of all proposed plans and disclosure statements; notices of any orders, application, complaints, demands, hearings, motions, petitions, pleadings, or requests (whether for relief from stay, adequate protection, or otherwise); all documents referred to in 11 U.S.C. §§ 342(b)-(g) and 11 U.S.C. § 521(e); all federal tax returns in accordance with 11 U.S.C. § 521(f), all pleadings

referred to in 11 U.S.C. § 707(b), and any other documents brought before the Court or filed with the U.S. Trustee in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, email, telecopy, or otherwise.

Applicant further requests that all such notices and other papers and communications be sent to Applicant as follows:

> Allison E. Burns, Esq.
> Stradling Yocca Carlson & Rauth LLP
> 660 Newport Center Drive, Suite 1600
> Newport Beach, CA  92660-6422
> Telephone:    (949) 725-4000
> Facsimile:    (949) 725-4100
> aburns@stradlinglaw.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct shall constitute a waiver of CSCDA's:

(1)    Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

(2)    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(3)    Right to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;

(4)    Right to receipt of service of process in all actions, causes, claims or proceedings arising in, arising under or related to these proceedings to be served directly on CSCD as required by law;

(5)    Right to contest service of process; or

(6) Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which any party is entitled under any agreements or at law or equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated:  August 5, 2025          STRADLING YOCCA CARLSON & RAUTH LLP

By: _____
Allison E. Burns
Attorneys for Creditor,
CALIFORNIA STATEWIDE COMMUNITIES
DEVELOPMENT AUTHORITY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
600 Newport Center Drive, Suite 1600, Newport Beach, California 92660

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 6, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Joseph M Adams**
  (jadams@adamspham.com, AdamsJR97713@notify.bestcase.com)
- **Marcus Colabianchi**
  (mcolabianchi@duanemorris.com)
- **Brian David Fittipaldi**
  (brian.fittipaldi@usdoj.gov)
- **Jeffrey I Golden**
  (jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; dfitzgerald@go2.law; golden.jeffreyi.b117954@notify.bestcase.com)
- **Anne K Secker**
  (asecker@nheh.com)
- **United States Trustee (ND)**
  (ustpregion16.nd.ecf@usdoj.gov)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 6, 2025 | Joseph M. Adams | /s/ Joseph M. Adams |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**