Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Anerio V. Altman, State Bar No. 228445
aaltman@go2.law
Sara Tidd, State Bar No. 259741
stidd@go2.law
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

General Counsel for Debtor and
Debtor-in-Possession

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:25-bk-10985-RC |
| LAUREL CREEK, LP, a California limited partnership, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **STATUS REPORT** |
| ' | **JUDGE:**<br>Hon. Ronald A. Clifford III |
| | **STATUS CONFERENCE:**<br>Date:    April 22, 2026<br>Time:    1:00 P.M.<br>Courtroom: 201,<br>Place:    1415 State Street, Santa<br>             Barbara, CA 93101 |

STATUS REPORT

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

**TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

Laurel Creek, LP ("LC I"), the debtor and debtor-in-possession ("Debtor") in the above-captioned Chapter 11 proceeding ("Case"), files this status report prior to the continued status conference set for April 22, 2026.

This case came before the Court on a status conference on March 11, 2026. At the March 11, 2026, status conference, the Debtor explained that it had proposed post petition financing and was waiting on final confirmation as it would require a new lender purchasing CPIF's lien interest. The Debtor, CPIF, and the new lender, CapMoon have reached a global agreement in order to facilitate the sale of CPIF's lien interest to CapMoon, and subsequently for CapMoon to provide financing to the Estate to facilitate the work needed to be done on the Debtor's property. The proposed transaction will resolve CPIF's lien claim in both Laurel Creek cases.

The parties are working quickly to document and proceed with the transaction. The Debtor intends to file a supplement to this status report prior to the status conference with further information and/or documentation.

Respectfully submitted,

Dated:  April 13, 2026                    GOLDEN GOODRICH LLP

By: */s/ Jeffrey I. Golden*
    JEFFREY I. GOLDEN
    Counsel for Debtor and
    Debtor-in-Possession

Dated:  April 13, 2026                    LAUREL CREEK LP, a California limited partnership

By:  1160 Laurel Lane, LLC,
     General Partner

By:_____
    Patrick Smith
    Manager

STATUS REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **April 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Joseph M Adams     jadams@adamspham.com, AdamsJR97713@notify.bestcase.com
Anerio V Altman     aaltman@ecf.courtdrive.com, lakeforestbankruptcy@jubileebk.net
Robert J Berens     rjb@smtdlaw.com, adelgado@smtdlaw.com
Marcus Colabianchi     mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
Brian David Fittipaldi     brian.fittipaldi@usdoj.gov
Jeffrey I Golden     jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
Nicolino Iezza     niezza@spiwakandiezza.com
Elan S Levey     elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
Drew McGehrin     dsmcgehrin@duanemorris.com
Sean E Morrissey     smorrissey@civicalaw.com
Kerry A. Moynihan     kerry@kamlegal.com
Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com,csantiago@raineslaw.com
Paul F Ready     becky@farmerandready.com
Debra Riley     driley@allenmatkins.com, plewis@allenmatkins.com
Anne K Secker     asecker@nheh.com
United States Trustee (ND)     ustpregion16.nd.ecf@usdoj.gov

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**   Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 13, 2026 | David M. Fitzgerald | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                         **F 9013-3.1.PROOF.SERVICE**
1318175.1